

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00839-CV

**CORSAIR CONSULTING, LLC**,
Appellant

v.

Jose Luis **HERNANDEZ**, Jr.,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI17649
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
             H. Todd McCray, Justice
             Velia J. Meza, Justice

Delivered and Filed: March 26, 2025

AGREED MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties have filed an agreed motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2). In accordance with the parties' agreement, all costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM